UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

GARY ADAMS,                          )
                                     )
        Plaintiff,                   )
                                     )
    vs.                              )        Case No. 2:07CV00028 AGF
                                     )
CITY OF BELLFLOWER, et al.,          )
                                     )
        Defendants.                  )

## ORDER

This matter is before the Court on the motion of Defendants to file a unilateral scheduling

plan and to reschedule the Rule 16 Conference.  (Doc. #7-1).  Defense counsel asserts that he has

attempted to contact Plaintiff's attorney but has received no response.

Accordingly, for good cause shown,

**IT IS HEREBY ORDERED** that Defendants' request for leave to file their proposed

scheduling plan and to reschedule the Rule 16 Conference (Doc. #7-1) is **granted.**

**IT IS FURTHER ORDERED** that the Rule 16 Conference is rescheduled for **Tuesday,**

**November 13, 2007, at 9:00 a.m.**

**IT IS FURTHER ORDERED** that Plaintiff's counsel shall immediately contact defense

counsel and confer with regard to the proposed scheduling order, and on or before **Friday,**

**November 5, 2007**, Plaintiff shall file a notice with the Court advising the Court either that

Plaintiff agrees with Defendants' proposed scheduling order, or of any areas of disagreement.

Dated this 23rd day of October, 2007.

_Audrey G. Fleissig_
AUDREY G. FLEISSIG
UNITED STATES MAGISTRATE JUDGE